The **FRONT LINE APPAREL GROUP, INC.**, d/b/a Front Line Apparel,
Plaintiff,

v.

The **UNITED STATES**, Defendant,

and

**DAK Resources, Inc.**, Defendant–Intervenor.

No. 17–502C

United States Court of Federal Claims.

November 1, 2017

### ORDER

EDWARD J. DAMICH, Senior Judge

Pursuant to the Notice of Voluntary Dismissal filed by Plaintiff, the Court hereby **DISMISSES WITH PREJUDICE** the above captioned case. Each party shall bear its own costs in this protest. The Clerk shall enter judgment accordingly.

**IT IS SO ORDERED.**